UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES EARL HAMPTON, | ) | NO. CV 07-8130-RSWL (MAN) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING AND ADOPTING |
| | ) | |
| v. | ) | FINDINGS, CONCLUSIONS, AND |
| | ) | |
| ROBERT L. AYERS, et al., | ) | RECOMMENDATIONS OF UNITED STATES |
| | ) | |
| Defendants. | ) | MAGISTRATE JUDGE |
| | ) | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the Motion to Dismiss the Second Amended Complaint filed by defendant Robert L. Ayers ("Motion"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report").  The time for filing objections has passed, and no objections have been filed.  The Court accepts and adopts the Magistrate Judge's Report.

   **IT IS ORDERED** that: (1) the Motion is granted, in part, and denied, in part, as set forth in the Report; (2) the Section 1983/Eighth Amendment claim alleged against defendant Robert L. Ayers ("Ayers") is

dismissed without leave to amend as to Ayers; (3) the Second Amended Complaint is deemed amended to omit the Section 1983/Eighth Amendment claim alleged against Ayers; and (4) Ayers shall file and serve his Answer to the Second Amended Complaint, as so amended, within twenty (20) days of this Order.

**IT IS FURTHER ORDERED** that the Clerk shall serve copies of this Order on all parties.

DATED: April 13, 2009.

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE

2