O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| James Hampton, | ) | CV 07-8130 RSWL (MANx) |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Robert L. Ayers, et al., | ) | |
| Defendants. | ) | |

On November 12, 2010, Plaintiff James Hampton filed a "Cover Sheet" along with his Objection to the Report and Recommendation [116] issued by Magistrate Judge Margaret A. Nagle requesting that Judge Nagle be removed from Plaintiff's case on the basis of alleged judicial misconduct.

On November 22, 2010, Plaintiff Hampton filed a Motion to Disqualify Magistrate Judge Margaret A. Nagle [123]. The Court is in receipt of both filings and finds that Plaintiff's allegations of judicial misconduct against Judge Nagle are without merit.

Accordingly, Plaintiff's Motions to Disqualify Magistrate Judge Margaret A. Nagle are **DENIED**.

DATED: December 1, 2010

**IT IS SO ORDERED.**

*RONALD S.W. LEW*
───────────────────────────
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge