**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMES HAMPTON,** | ) NO. CV 07-8130-RSWL (MAN) |
| **Plaintiff,** | ) ORDER ACCEPTING FINDINGS AND |
| v. | ) RECOMMENDATIONS OF UNITED STATES |
| **ROBERT L. AYERS, et al.,** | ) MAGISTRATE JUDGE |
| **Defendants.** | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, plaintiff's motion for summary judgment filed on February 16, 2010, defendants' motions for summary judgment filed on January 2, 2010, and December 30, 2010, all of the records herein, the Amended Report and Recommendation of United States Magistrate Judge ("Report"), and plaintiff's Objection to the Report filed on June 22, 2011. The Court has conducted a *de novo* review of those matters in the Report to which objections have been stated in writing. The Court accepts the findings, conclusions, and recommendations set forth in the Report.

**IT IS ORDERED** that:

(1) Plaintiff's motion for summary judgment is denied pursuant to Rule 56 of the Federal Rules of Civil Procedure;

(2) Defendants' motions for summary judgment for summary judgment are granted, as set forth in the Report, pursuant to Rule 56 of the Federal Rules of Civil Procedure; and

(3) Judgment shall be entered dismissing this action with prejudice as to plaintiff's federal claims, and without prejudice as to plaintiff's state law claims.

**IT IS SO ORDERED.**

DATED: June 28, 2011

*RONALD S.W. LEW*

RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE