UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES HAMPTON,                          ) NO. CV 07-8130-RSWL (MAN)
                                        )
                Plaintiff,              )
                                        )
        v.                              ) JUDGMENT
                                        )
ROBERT L. AYERS, et al.                 )
                                        )
                Defendants.             )
_____)


        Pursuant to the Court's Order Accepting Findings and
Recommendations of United States Magistrate Judge,


        IT IS ADJUDGED that the above-captioned action is dismissed with
prejudice as to plaintiff's federal claims, and without prejudice as to
plaintiff's state law claims.


DATED: June 28, 2011


                                    RONALD S.W. LEW
                        _____
                                 RONALD S.W. LEW
                        SENIOR UNITED STATES DISTRICT JUDGE